_____TRUSTEE INSURANCE AGENCY
2813 West Main Street
Kalamazoo, MI 49006

Phone:  877-237-8167
FAX:     269-342-9799
Email:   Tom@Trusteeinsagency.com or Cheryl@Trusteeinsagency.com

January 1, 2012

Trustee Patricia Hamilton
100 S.E. 9th Street
P.O. Box 3555
Topeka, KS 66601-3555


**Monthly Insurance Statement**

Pledger                    Case: 09-41061                    $597.40 (Oct 2011 - Jan 2012)


This Statement is for the following Properties:

   Residential Dwelling: 329 N. 30th St, Kansas City, Kansas


***** We now accept credit cards-- Please contact Cheryl for more information*****

The above policy will stay in effect until we are notified by you.  Please pay from this statement.

If you have any questions or would like to include any additional property, please let us know.

Make checks payable to **Trustee Insurance Agency**